IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN C. BUEB, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV462 |
| | ) | |
| v. | ) | |
| | ) | |
| C-H ENTERPRISES, INC., a | ) | ORDER |
| Nebraska corporation; KOREA | ) | |
| INFRA-RED CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for appointment of process server (Filing No. 6). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Attorney's Process Service International is appointed as a special process server to effect service of Korea Infra-Red Corp., pursuant to The Hague Convention.

DATED this 4th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court