IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN C. BUEB, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV462 |
| | ) | |
| v. | ) | |
| | ) | |
| C-H ENTERPRISES, INC., a Nebraska corporation; KOREA INFRA-RED CORP., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Korea Infra-Red Corp.'s motion to amend answer (Filing No. 32). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; Korea Infra-Red Corp., shall have until May 27, 2008, to file its amended answer.

DATED this 16th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court