IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN C. BUEB, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV462 |
| | ) | |
| v. | ) | |
| | ) | |
| C-H ENTERPRISES, INC., a Nebraska corporation; KOREA INFRA-RED CORP., | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court on defendants Korea Infra-Red Corp. and C-H Enterprises, Inc.'s motion to strike document number 48 (Filing No. 52). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that said motion is granted; the clerk of court shall strike document number 48.

      DATED this 13th day of November, 2008.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court