FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

APR 2 0 2009 ;·ι

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| JOHN C. BUEB, | ) | |
| | ) | Case No. 8:07 CV 462 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ON |
| vs. | ) | FINAL PRETRIAL |
| | ) | CONFERENCE |
| C-H ENTERPRISES, INC., a | ) | |
| Nebraska Corporation; KOREA | ) | |
| INFRA-RED CORP., | ) | |
| | ) | |
| Defendant(s). | ) | |

A final pretrial conference was held on the 20th day of April, 2009.
Appearing for the parties as counsel were:

Dan Connell
Dan Connell, P.C.
205 E. Sixth Street; P.O. Box 1336
Storm Lake, IA 50588

David Houghton
LIEBEN, WHITTED, HOUGHTON,
 SLOWIACZEK & CAVANAGH, P.C., L.L.O.
100 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102

Milton Katskee
KATSKEE, HENATSCH & SUING
10404 Essex Crt., Suite 100
Omaha, Nebraska 68114

DSM
mat RFK

Ronald Krause
CASSEM, TIERNEY, ADAMS, GOTCH & DOUGLAS
Suite 300
8805 Indian Hills Drive
Omaha, Nebraska 68114

**(A)** **Exhibits.** See attached Exhibit Lists.

**(B)** **Uncontroverted Facts.** The parties have agreed that the following may be accepted as established facts for purposes of this case only:

1. Plaintiff is and was at all times material a resident of Buena Vista County, Iowa and a citizen of the State of Iowa.

2. Defendant C-H is a Nebraska Corporation with its principal place of business in Elkhorn, Nebraska, and is in the business of selling and distributing certain products including the Far-Infrared Health System Sauna Model No. ZH-1-KD-(P).

3. Defendant KIRC is a Korean Corporation with its principal place of business in Inchon, Korea, but does business in the State of Nebraska. KIRC manufactures electric saunas that are sold and distributed in the United States including but not limited to Nebraska and Iowa. KIRC manufactured the Far-Infrared International Health System Sauna Model Number ZH-1-KD-(P), Serial Number 04-047-1009.

4. Plaintiff purchased the Far-Infrared International Health System Sauna Model Number ZH-1-KD-(P), Serial No. 04-047-1009 on or about September 16, 2004 at the Clay County Fair in Spencer, Iowa.

5. Defendant KIRC manufactured the sauna purchased by plaintiff.

6. Defendant C-H sold, distributed, marketed, and placed into the stream of commerce the sauna purchased by plaintiff.

7. Plaintiff has not sustained any loss of income in connection with his use of the sauna.

8. Defendants are subject to the jurisdiction of this Court, and venue in this Court is proper.

2



(C)   **Controverted and Unresolved Issues.**   As asserted by the Plaintff, the issues remaining to be determined and unresolved matters for the court's attention are:

1. Whether the Sauna was defective in any of the following respects:

   a.   That it exceeded safe temperatures when used for a foreseeable time increment;

   b.   That the thermostat sensor temperature is not indicative of the hottest areas in the Sauna;

   c.   That there is a lack of proper warnings and instructions concerning the temperature and burn hazards of the Sauna;

   d.   That the Sauna fails to comply with the applicable safety regulations; and,

   e.   That the heating control is not fail safe.

2. Whether Defendants failed to exercise reasonable care in warning about, designing, testing, labeling, manufacture, marketing, sale, or distribution of the Sauna, in that using the Sauna for its intended purpose caused unreasonable, dangerous and foreseeable injuries, including severe burns which would require skin-grafting treatment.

3. Whether Defendants failed to warn reasonably foreseeable users of the danger of using the product.

4. Whether the Sauna was defective in its warnings and was, therefore,

3



unreasonably dangerous.

5. Whether the Sauna was defective in its design and was, therefore, unreasonably dangerous.

6. Whether the Sauna was defective in its manufacture and was, therefore, unreasonably dangerous.

7. Whether the Sauna was not of merchantable quality and was not safe or fit for its intended use.

8. Whether contrary to express warranties made by the Defendants, the Sauna did not meet industry quality standards.

9. Whether Defendants' conduct, as alleged herein, was likely to mislead a reasonable consumer, such as Plaintiff, acting reasonably under the circumstances to believe that the Sauna was a safe product to use for the health benefits claimed and promoted by Defendants in violation of the Nebraska Deceptive Trade Practices Act.

10. Whether as a direct and proximate result of Defendants' negligence, breach of common law or statutory duty or breach of warranties Plaintiff has sustained damages.

11. The nature and extent of Plaintiff's damages.

12. Whether Defendants have acted with malice or have shown a reckless and outrageous indifference to a highly unreasonable risk of harm associated with

4



their product and have acted with a conscious indifference to the health, safety and welfare of others all of which have resulted in the incident described herein, such that Plaintiff is entitled to punitive damages.

As asserted by the Defendants, the issues remaining to be determined and unresolved matters for the court's attention are:

1.   Whether or not the plaintiff misused the sauna for its intended purpose.

2.   Whether or not the sauna was defective, contained the proper temperature sensors or proper warnings and instructions and complied with the applicable safety regulations.

3.   The scope of defendant C-H Enterprises' duty to plaintiff.

4.   The scope of KIRC's duty to plaintiff.

5.   Whether or not the defendants breached any duty to plaintiff.

6.   Whether or not any alleged breach of defendants' duty caused injury to plaintiff.

7.   The extent of plaintiff's injuries.

8.   Whether or not defendants properly warned plaintiff.

9.   Whether or not the sauna was designed properly.

10.   Whether or not the sauna was properly manufactured.

11.   Whether or not either defendant breached any express or implied warranties.

12.   Whether or not either defendants' actions violated the Nebraska Deceptive Trade Practices Act.

13.   Whether or not plaintiff's injuries were caused by his own negligence and fault.

14.   Whether or not plaintiff assumed the risk of using the sauna.

5



15. Whether or not the plaintiff altered, modified or otherwise changed the sauna.

16. Whether or not plaintiff failed to mitigate his damages.

17. Whether or not plaintiff's claims are barred by the UCC.

**(D)  Witnesses.** All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

1. John C. Bueb
2. C. Daniel Connell

All witnesses expected to be called to testify by defendants, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

> See C-H Enterprises, Inc.'s Disclosure of Non-Expert Witnesses and Defendant Korea Infra-Red Corp.'s Disclosure of Non-Expert Witnesses as attached hereto.

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment. A witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3). A witness appearing on any party's witness list may be called by any other party.

**(E)  Expert Witnesses' Qualifications.** Experts to be called by plaintiff and their qualifications are:

1. Troy D. Ivey, D.O., via deposition;
2. Dr. Paul A. Barber, via deposition; and
3. Dr. Jerry Lee Hall, Ph.D. — Pending motion on supplemental opinion

The qualifications of each witness can be found in Plaintiff's Designation of Expert Witnesses.

6



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN C. BUEB, | ) | CASE NO. 8:07-cv-462 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT KOREA INFRA-RED |
| | ) | CORP.'S DISCLOSURE OF |
| C-H ENTERPRISES, INC., a Nebraska | ) | NON-EXPERT WITNESSES |
| Corporation; KOREA INFRA-RED CORP., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW defendant Korea Infra-Red Corp., by and through its counsel of record, and pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Order setting progression of the case (Filing 25), hereby makes its disclosure of non-expert witnesses. Defendant reserves the right to supplement this list. The non-expert witnesses are as follows:

**WILL CALL:**

John Bueb
~~240 Main Street~~
Storm Lake, Iowa  50588

Chuck Bannister
C-H Enterprises
~~2926 North Main~~
Elkhorn, Nebraska  68022

Na Hyun Cho
~~400-1601 Nam Book Dong~~
Dong Ku, Inchon Korea

**MAY CALL:**

All of the witnesses listed by plaintiff, particularly including Dr. Paul Barber, Dr. Troy Ivey and Dr. Vikrant Salaria

Bryan R. Wallersted
~~400 South 4th Street~~
Sac City, Iowa  50583-2104

Any and all witnesses listed by C-H Enterprises, Inc.

Donald DeWitt
C-H Enterprises
~~2826 North Main~~
Elkhorn, Nebraska  68022

Sandy Ayer
C-H Enterprises
~~2826 North Main~~
Elkhorn, Nebraska  68022

Cynthia Toovey
C-H Enterprises
~~2826 North Main~~
Elkhorn, Nebraska  68022

~~Sung Hyun Cho~~
~~444-1007 Ingujeong City~~
~~Xuan Samaru, Inchon Korea~~

~~Dae Hwan Ro~~
~~206 Han Won~~
~~Inchon, Songyddeug Korea~~
~~Kyu Yung Ku Inchon Korea~~

Dr. George Wandling
Wandling Engineering, P.C.
923 North 2nd Street
Ames, Iowa  50010-3393

Dr. David Robert Finkle                    *Pending Daubert Motion*
~~1338 North 160th Street~~
Omaha, Nebraska  68154

Dan Connell
Attorney at Law
205 East 6th Street
P.O. Box 1336
Storm Lake, Iowa  50588

Defendant reserves the right to list additional witnesses at such time as depositions and discovery are completed, including witnesses identified by other parties to this suit.

Dated this 31st day of December, 2008.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN C. BUEB,                        ]        CASE NO.: 8:07 CV 462
                                     ]
            Plaintiff,               ]
                                     ]
      -vs.-                          ]   **C-H ENTERPRISES, INC'S. DISCLOSURE**
                                     ]   **OF NON-EXPERT WITNESSES**
C-H ENTERPRISES, INC., a             ]
Nebraska Corporation; KOREA          ]
INFRA-RED CORP.                      ]
                                     ]
            Defendants.              ]

NOW COMES defendant, C-H Enterprises, Inc., and for its disclosure of Non-Expert

Witnesses, designates the following persons:

**WILL CALL:**

> John Bueb
>
> Storm Lake, Iowa 50588
>
> Chuck Bannister
> C-H Enterprises
>
> Elkhorn, Nebraska 68022
>
> Donald DeWitt
> C-H Enterprises
>
> Elkhorn, Nebraska 68022
>
> Na Hyun Cho                    *Probably require interpreter*
> Dong Ku, Inchon Korea          *Counsel aware of requirements*

Page -1-

MRK DSW
RFK

**MAY CALL:**

All of the witnesses listed by plaintiff, particularly including Dr. Paul Barber, Dr. Troy Ivey and Dr. Vikrant Salaria

Any and all of the witnesses listed by co-defendant Korea Infra-Red

Bryan R. Wallersted
~~800 South 8 Street~~
Sac City, Iowa 50583-2104

Sandy Ayer
C-H Enterprises
~~2836 North ~~
Elkhorn, Nebraska 68022

Cynthia Toovey
C-H Enterprises
~~2836 North ~~
Elkhorn, Nebraska 68022

~~Song Hyan Cho~~
~~Inchon Korea~~

~~Doo Han~~

Dr. George Wandling
Wandling Engineering, P.C.
~~800 ~~
Ames, Iowa 50010-3393

Dr. David Robert Finkle
~~ ~~
Omaha, Nebraska 68154

Page -2-

Dan Connell
Attorney at Law
205 East 6th Street
P.O. Box 1336
Storm Lake, Iowa 50588

C-H Enterprises, Inc. reserves the right to list additional witnesses at such
time as depositions and discovery are completed, including witnesses
identified by other parties to this suit.

C-H ENTERPRISES, INC., Defendant,

By _____

Milton A. Katskee #12147
Of KATSKEE, HENATSCH & SUING
10404 Essex Court, Suite 100
Omaha, Nebraska 68114
(402) 391-1697

Its Attorneys.

Copies forwarded to:

Mr. David Houghton
Mr. Andrew G. Davis
LIEBEN, WHITTED, HOUGHTON,
 SLOWIACZEK & CAVANAGH, P.C., LLO
100 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102

Page -3-

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JOHN C. BUEB, )
                   )
             Plaintiff, )
                   )
v. )
                   )
C-H ENTERPRISES, INC., a Nebraska )
Corporation; KOREA INFRA-RED CORP., )
                   )
            Defendant. )

CASE NO. 8:07-cv-462

DEFENDANT KOREA INFRA-RED
CORP.'S LIST OF TRIAL EXHIBITS

Trial Dates:

| EXHIBIT NO. PL | DF | 3PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | 201 | | Sales Order 12093 of C-H Enterprises, Inc. for sale to John C. Bueb (K0001). | | | ✓ | | |
| | 202 | | E-mail from Mr. Na Hyun Cho of December 20, 2005 to C-H Enterprises regarding accident claim (K0002). | | | ✓ | | |
| | 203 | | Photographs of warning plates attached to the saunas (K0003). | | F | | | |
| | 204 | | Regulations pertaining to warnings on saunas (K0004-K0005). | | F, R | | | |
| | 205 | | CSA temperature test results issued September 15, 1988 (K0006-K0007). | | F, R | | | |
| | 206 | | Original United States patent issued for a ceramic heater, once patent expired this became the | | F, R | | | |

~~8:07-cv-00462-LES-TDT   Document #: 75   Date Filed: 04/13/2009   Page 2 of 4~~

*Recd*

|  |  | basis for KIRC's ceramic heaters (K0008-K0012). |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 207 | Flow chart of manufacturing process (K0013). | F, r |  |  |  |  |
|  | 208 | Diagrams of installations of heaters within the sauna and their connections (K0014-K0018). | F, r |  |  |  |  |
|  | 209 | SGS test report for safety of 230V/350W ceramic heater, KIRC uses same wattage heater, 120V/350W (K0019-K0022). | F, r |  |  |  |  |
|  | 210 | Specifications on controls (K0023-K0025). | F, r |  |  |  |  |
|  | 211 | Diagram of the back side heater (heater, reflector and protector) (K0026). |  | ✓ |  |  |  |
|  | 212 | Owner's manual distributed by C-H Enterprises for use with Korea Infra-Red Health Cabin (K0027-K0038). | F, r |  |  |  |  |
|  | 213 | Biographical sketch of Dr. George R. Wandling. | F, r |  |  |  |  |
|  | 214 | August 28, 2008 report of Dr. George R. Wandling. | F, r Daubert |  |  |  |  |
|  | 215 | Curriculum vitae of Dr. David R. Finkle. | f, r cum |  |  |  |  |
|  | 216 | August 11, 2008 report of Dr. David R. Finkle. | F, r dum |  |  |  |  |
|  | 217 | Medical records of Trimark- |  | ✓ |  |  |  |



*Recd*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Buena Vista Clinic (redacted excerpts) (Deposition Exhibit 107). | | | | | |
| | 218 | | Medical records of Buena Vista Medical Center from 12/05 to 5/06 (redacted excerpts) (Deposition Exhibit 108). | | | ✓ | | |
| | 219 | | Medical records of Buena Vista County Hospital 7-19-99 admission (redacted excerpts) (Deposition Exhibit 109). | | | ✓ | | |
| | 220 | | Folder containing photographs 1 through 30 and X001 through X004 as taken by Wandling Engineering on August 26, 2008. | | F | | | |
| | 221 | | December 15, 2005 letter from Mr. Connell to C-H Enterprises (Bueb 000001). | | F | | | |
| | 222 | | Infra-Red Health Cabin Warranty Registration (Bueb 000002). | | F, ~ | | | |
| | 223 | | Actual warning plate from sauna. | | F, ~ | | | |

## OBJECTIONS

R:  Relevancy
H:  Hearsay
A:  Authenticity
O:  Other (specify)

KOREA INFRA-RED CORP., Defendant.

s/ Ronald F. Krause
Ronald F. Krause Bar Number: 15980
Attorney for Defendant
Cassem, Tierney, Adams,

3

Gotch & Douglas
Suite 300
8805 Indian Hills Drive
Omaha, Nebraska  68114-4070
Telephone: (402) 390-0300
Fax: (402) 390-9676
E-mail: rkrause@ctagd.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew G. Davis
David S. Houghton
100 Scoular Bldg.
2027 Dodge Street
Omaha, Nebraska  68102

Milton A. Katskee
10404 Essex Court, Suite 100
Omaha, Nebraska  68114

Dan Connell
Dan Connell, P.C.
205 East Sixth
P.O. Box 1336
Storm Lake, Iowa  50588

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

s/ Ronald F. Krause
Ronald F. Krause Bar Number: 15980
Attorney for Defendant
Cassem, Tierney, Adams,
 Gotch & Douglas
Suite 300
8805 Indian Hills Drive
Omaha, Nebraska  68114-4070
Telephone: (402) 390-0300
Fax: (402) 390-9676
E-mail: rkrause@ctagd.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOHN C. BUEB, | ) | Case No. 8:07-CV-00462 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S EXHIBIT LIST** |
| C-H ENTERPRISES, INC., a Nebraska Corporation; KOREA INFRA-RED CORP., | ) | |
| Defendants. | ) | |

| EXHIBIT | | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|
| PL. | DEF. | | | | | | |
| 1 | | 12/15/05 Letter to C-H Enterprises from Dan Connell [BUEB00001], unredacted | | R,H prej, Foundation, insur | | | |
| 2 | | 11/16/04 C-H Enterprises Sales Order and copy of 09/18/04 check for $3,418.65 [Bueb Depo Ex 1] | | | ✓ | | |
| 3 | | Owner's Manual, C-H Enterprises Far Infrared Health Cabin [Bueb Depo Ex 2] | | | ✓ | | |
| 4 | | Infra Red Health Cabin Warranty Registration [Bueb Depo Ex 3, BUEB00002] | | | ✓ | | |
| 5 | | Infra Red Sauna Installation Information [Bueb Depo Ex 5, BUEB00003] | | R, Foundation | | | |

MAK  BMK RFK

| EXHIBIT | | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|
| 6 | | Infra Red Health System Portable Non-Sauna Sauna Product Information [Bueb Depo Ex 5, BUEB00004-00005] | | R, Found ation | | | |
| 7 | | Assembly Instructions with handwritten notes [Bueb Depo Ex 5, BUEB00006] | | R, Found ation | | | |
| 8 | | Assembly Instructions [Bueb Depo Ex 5, BUEB00008] | | R, Found ation | | | |
| 9 | | Parts List [Bueb Depo Ex 5, BUEB00009] | | R, Found ation | | | |
| 10 | | Sauna Facts & Tips [Bueb Depo Ex 5, BUEB00007] | | R, Found ation | | | |
| 11 | | Far-Infrared Health Systems Int'l Product Information [Bueb Depo Ex 5, BUEB00010-00011] | | R, Found ation | | | |
| 12 | | C-H Enterprises Far Infrared Health Cabin Saunas Product Information  (C-H Initial Disclosures) | | | ✓ | | |
| 13 | | C-H Enterprises Warranty (C-H Initial Disclosures) | | | ✓ | | |
| 14 | | Color Photos of Sauna (C-H Initial Disclosures) | | | ✓ | | |
| 15 | | C-H Enterprises' General Casualty Co. Policy, #CCI 0262858 (C-H Initial Disclosures) | | R,H prej, insur, Found | | | |



| EXHIBIT | | DESCRIPTION | OFF | OBJ | RC V D | NOT RCV D | DATE |
|---|---|---|---|---|---|---|---|
| | | | | ation | | | |
| 16 | | 12/20/05 Email from Na Hyun Cho to C-H Enterprises re: About Accident [K0002] | | | ✓ | | |
| 17 | | Photos of Warning Plates [K0003] | | | ✓ | | |
| 18 | | Regulations pertaining to Warnings on Saunas [K0004-0005] | | | ✓ | | |
| 19 | | 09/15/88 CSA Temperature Test Results [K0006-0007] | | | ✓ | | |
| 20 | | 06/15/71 United States Patent for Ceramic Heater [K0008-0012] | | | ✓ | | |
| 21 | | Flowchart of the Manufacturing Process [K0013] | | | ✓ | | |
| 22 | | Diagrams of Installations of Heaters within the Sauna and their Connections [K0014-0018] | | | ✓ | | |
| 23 | | 06/18/01 SGS Test Report for Safety of 230V/350W Ceramic Heaters [K0019-0022] | | | ✓ | | |
| 24 | | Specifications on Controls [K0023-0025] | | | ✓ | | |
| 25 | | Diagram of Back Side of Heater, Reflector, and Protector for Full Heater Length of 740mm [K0026] | | | ✓ | | |
| 26 | | Diagram of Back Side of | | | ✓ | | |



| EXHIBIT | | DESCRIPTION | OFF | OBJ | RC V D | NOT RCV D | DATE |
|---|---|---|---|---|---|---|---|
| ~~27~~ | | Heater, Reflector, and Protector for Full Heater Length of 440mm [K0058] | | | | | |
| 28 | | Parts List and Diagrams [K0039-0047] | | R, Found ation | | | |
| 29 | | Photos of Protectors, Heater and Reflector [K0048-0050] | | R, Found ation | | | |
| 30 | | Assembly Instructions [K0051-0053] | | R, Found ation | | | |
| 31 | | KIRC's Ceramic Heater Specification [K0054] | | R, Found ation | | | |
| 32 | | KIRC's Ceramic Heater Test Result [K0055] | | R, Found ation | | | |
| 33 | | KICM Product Information in Korean [K0056] | | R, Cumul ative | | | |
| 34 | | KICM Blood Circulation Test [K0057] | | R, Found ation | | | |
| 35 | | Product Information from www.kirc.co.kr | | A,R,H, Found ation, prej | | | |
| 36 | | Dr. Troy Ivy Medical Records | | | ✓ | | |
| 37 | | Trimark – Buena Vista Clinic Medical Records | | | ✓ | | |
| 38 | | Buena Vista Regional | | | ✓ | | |



| EXHIBIT | | DESCRIPTION | OFF | OBJ | RC V D | NOT RCV D | DATE |
|---|---|---|---|---|---|---|---|
| **8** | | Medical Center Medical Records | | | | | |
| 40 | | St. Luke's Regional Medical Center Medical Records | | R | | | |
| 41 | | Spencer Municipal Hospital Medical Records | | R | | | |
| 42 | | Northwest Iowa Bone, Joint & Sports Surgeons Medical Records | | R | | | |
| 43 | | Trimark – Buena Vista Clinic Medical Bills and Summary [Depo Ex 105] | | | ✓ | | |
| 44 | | Dr. Troy Ivy Medical Bills and Summary [Depo Ex 104] | | | ✓ | | |
| 45 | | Buena Vista Regional Medical Center Medical Bills and Summary [Depo Ex 106] | | | ✓ | | |
| 46 | | 11/21/06 Report of Jerry Hall and Mark Wade | | H, Found ation, Cumul ative | | | |
| 47 | | 03/03/09 Report of Jerry Hall | | H, Found ation, Cumul ative | | | |
| 48 | | Jerry Hall CV | | H, Found ation, Cumul ative | | | |
| 49 | | Mark Wade CV | | H, | | | |

5



| EXHIBIT | | DESCRIPTION | OFF | OBJ | RC V D | NOT RCV D | DATE |
|---|---|---|---|---|---|---|---|
| | | | | Found ation, Cumul ative | | | |
| 50 | | 12/04/08 John Bueb Deposition | | H,R | | | |
| 51 | | 03/25/09 Charles Bannister Deposition | | R, prej, Insur 99-100 | | | |
| 52 | | 04/25/08 Plaintiff's Initial Disclosures | | H,R | | | |
| 53 | | 06/27/08 Plaintiff's Expert Disclosures | | H, Found ation, Cumul ative | | | |
| 54 | | 07/17/08 Plaintiff's Answers to Defendants' Interrogatories | | H,R, Found ation | | | |
| 55 | | 07/17/08 Plaintiff's Response to Defendants' Request for Production of Documents | | H,R, Found ation | | | |
| 56 | | 04/25/08 KIRC's Initial Disclosures | | | ✓ | | |
| 57 | | 07/21/08 KIRC's Answers to Interrogatories | | | ✓ | | |
| 58 | | 07/21/08 KIRC's Responses to Requests for Production of Documents | | | ✓ | | |
| 59 | | 04/25/08 C-H Enterprises | | R, prej, | | | |

6



| EXHIBIT | | DESCRIPTION | OFF | OBJ | RC V D | NOT RCV D | DATE |
|---|---|---|---|---|---|---|---|
| | | Initial Disclosures, unredacted | | insur | | | |
| *6o* | | 07/18/08 C-H Enterprises Answers to Interrogatories, unredacted | | R, prej, insur | | | |
| *61* | | 07/18/08 C-H Enterprises Responses to Request for Production of Documents, unredacted | | R, prej, insur | | | |
| *62* | | 08/29/08 Designation of Expert Witnesses by C-H Enterprises and KIRC, unredacated | | | ✓ | | |
| | | All Exhibits Offered by Defendants | | | | | |

R – Relevance
H – Hearsay
A – Authenticity
O – Other (specify)

JOHN C. BUEB, Plaintiff

By: _____ /s/ David S. Houghton
David S. Houghton, #15204
LIEBEN, WHITTED, HOUGHTON,
 SLOWIACZEK & CAVANAGH, P.C., L.L.O.
100 Scoular Building, 2027 Dodge Street
Omaha, NE  68102
(402) 344-4000/(402) 930-1099 – FAX
E-Mail dhoughton@liebenlaw.com



Dan Connell
*Admitted Pro Hac Vice*
DAN CONNELL, P.C.
205 East Sixth
P.O. Box 1336
Storm Lake, IA 50588
(712) 732-6371/(712) 732-4984 – FAX
E-Mail: dconnell@iw.net

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15ᵗʰ day of April, 2009, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Milton A. Katskee
milt@katskee.com
*Counsel for C-H Enterprises, Inc.*

Ronald F. Krause
rkrause@ctagd.com
*Counsel for Korea Infra-Red Corp.*

_____ */s/ David S. Houghton* _____

290344

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN C. BUEB,                                    ]         CASE NO.: 8:07 CV 462
                                                 ]
                    Plaintiff,                   ]
        -vs.-                                    ]  **DEFENDANT C-H ENTERPRISES, INC.'s**
                                                 ]    **LIST OF ANTICIPATED EXHIBITS**
C-H ENTERPRISES, INC., a                         ]
Nebraska Corporation; KOREA                      ]
INFRA-RED CORP.                                  ]
                                                 ]
                    Defendants.                  ]

        NOW COMES the defendant, C-H Enterprises, Inc., and serves its list of exhibits

that defendant anticipates offering into evidence at time of trial.   Defendant lists the

following exhibits:

| No. | Document | No. of Pages | Offered | Objected | Rec'd |
|-----|----------|--------------|---------|----------|-------|
| ~~88~~ 101 | Copy of John Bueb's C&H Enterprises, Inc. Far Infrared Health Cabins Sales Order and Check | 1 | | | ✓ |
| ~~81~~ 102 | Owner's Manual C&H Enterprises Far Infrared Health Cabin | 12 | | | ✓ |
| ~~82~~ 103 | C&H Far Infrared Health Cabins Warranty Registration | 1 | | | ✓ |

Page -1-



| No. | Document | No. of Pages | Offered | Objected | Rec'd |
|---|---|---|---|---|---|
| 63 104 | Copy of Warning Placard that is Placed in the Interior of the Sauna | 1 | | | ✓ |
| 64 105 | Far Infrared Health Cabin Saunas Tri-Fold Brochure | 2 | | | ✓ |
| 65 106 | Photograph of the Exterior of the Sauna With the Door Opened | 1 | | F | |
| 66 107 | Photograph of the two Heating Elements Located on the Backside of the Seating Bench Inside of the Sauna | 1 | | F | |
| 67 108 | Photograph of the Interior of the Sauna and the Warning Placard Affixed Above the Entrance | 1 | | F | |
| 68 109 | Close-Up Photograph of the Interior of the Sauna and the Warning Placard Affixed Above the Entrance | 1 | | F | |
| 69 110 | Photograph of the Top of the Sauna | 1 | | F | |
| 70 111 | Photograph of the Back Side Heaters and the Seating Bench with the Top Removed Inside of the Sauna | 1 | | F | |
| 71 112 | Photograph of the Heating Element Inside of the Sauna | 1 | | F | |

Page -2-

| No. | Document | No. of Pages | Offered | Objected | Rec'd |
|---|---|---|---|---|---|
| 72 113 | Photograph of the Exterior Side of the Sauna | 1 | | F | |
| 73 114 | Long Shot Photograph of the Exterior of the Sauna With the Door Opened | 1 | | F | |
| 74 115 | Photograph of the Top of the Sauna | 1 | | F | |
| 75 116 | Photograph of an Alternate View of the Top of the Sauna | 1 | | F | |
| 76 117 | Photograph of the Heating Element Inside of the Sauna | 1 | | F | |
| 77 118 | Close-Up Photograph of the Owner's Manual on top of the Sauna Box | 1 | | F | |
| 78 119 | Photograph of the Owner's Manual on top of the Sauna Box | 1 | | F | |
| 79 120 | Photograph of "Health Cabin Facts & Tips" on top of the Sauna Box | 1 | | F | |
| 80 121 | Photograph of Instructions on "Using Your Health Cabin" on top of the Sauna box | 1 | | F | |
| 81 122 | Photograph of Warranty on top of the Sauna box | 1 | | F | |

Page -3-

| No. | Document | No. of Pages | Offered | Objected | Rec'd |
|---|---|---|---|---|---|
| 82 123 | Photograph of Control Box, Towels, Instructions and Warranty on top of the Sauna Box | 1 | | F | |
| 83 124 | Long Shot Photograph of the Exterior of the Sauna with the Door Closed | 1 | | F | |
| 84 125 | Brochure Entitled "The Anti-Cancer Benefits of Far Infrared" | 1 | | F, R | |
| 85 126 | Brochure Entitled "Far Infrared Health Cabin Sauna 'Heart Smart'" | 2 | | F, R | |
| 86 127 | United States Patent # 3,585,390 for Ceramic Infra Red Heating Tubes | 5 | | F, R | |
| 87 128 | Presentation by Korea Infra-Red Corp. Entitled, "What is Infra-Red?" | 19 | | F, A | |
| 88 129 | Heater Guard and Hyperthermia Warnings | 1 | | F, R | |
| 89 130 | Fire Warning | 1 | | F, R | |
| 90 131 | List of Tests that were Performed on the Sauna | 2 | | F, R | |
| 91 132 | Flowchart of the Manufacturing Process | 1 | | F, R | |
| 92 133 | Selections of plaintiff's medical records from Buena Vista Medical Center | 23 | | | ✓ |

Page -4-

MAK DStt RFK

| No. | Document | No. of Pages | Offered | Objected | Rec'd |
|---|---|---|---|---|---|
| ~~93~~ 134 | Selections of plaintiff's medical records from Buena Vista County Hospital | 7 | | | ✓ |
| ~~94~~ 135 | Selections of plaintiff's medical records from Trimark-Buena Vista Clinic | 22 | | | ✓ |
| ~~95~~ 136 | Curriculum Vitae of George Wandling | 5 | | F, R | |
| ~~96~~ 137 | Curriculum Vitae of David R. Finkle, M.D. | 2 | | F, R | |

## OBJECTIONS

R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)

Copies of all such exhibits are believed to be in the possession of plaintiff's attorney.

If plaintiff's attorney wishes to examine such exhibits, he may contact the attorneys for the undersigned defendants, and the exhibits will be made available for inspection at a reasonable time. Should plaintiff's attorney wish to have copies of any exhibit listed above, he should contact the attorneys for the undersigned defendants and such copies will be made and provided to him at plaintiff's expense.

Page -5-



C-H ENTERPRISES, INC.,
Defendant,

By _____
Milton A. Katskee, #12147
Of KATSKEE, HENATSCH & SUING
10404 Essex Court, Suite 100
Omaha, Nebraska 68114
(402) 391-1697

Its Attorneys.

Copies forwarded to:

Mr. David Houghton
Mr. Andrew G. Davis
LIEBEN, WHITTED, HOUGHTON,
SLOWIACZEK & CAVANAGH, P.C., LLO
100 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102

Mr. Dan Connell
DAN CONNELL, P.C.
205 East Sixth
P.O. Box 1336
Storm Lake, Iowa 50588

Mr. Ron Krause
CASSEM, TIERNEY, ADAMS,
GOTCH & DOUGLAS
8805 Indian Hills Drive
Suite 300
Omaha, Nebraska 68114

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing instrument/pleading was served upon all parties or attorneys of record at the addresses set forth above on the **14th** day of April, 2009.

By:   [ **x** ] U.S. Mail, postage prepaid   [   ] Facsimile Transmission
     [   ] Hand Delivery                 [   ] Overnight Courier
     [   ] Electronic mail

Signature

Page -7-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| JOHN C. BUEB, | ) | Case No. 8:07-CV-00462 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S** |
| | ) | **DEPOSITION DESIGNATIONS** |
| C-H ENTERPRISES, INC., a Nebraska | ) | |
| Corporation; KOREA INFRA-RED CORP., | ) | |
| | ) | |
| Defendants. | ) | |

CHARLES BANNISTER
March 25, 2009

| PLAINTIFF'S DESIGNATION | DEFENDANTS' OBJECTION | DEFENDANTS' COUNTER-DESIGNATION | PLAINTIFF'S OBJECTION |
|---|---|---|---|
| 3:1-18 | | | |
| 5:8-11 | | | |
| 6:18-7:9 | | | |
| 7:12-20 | | | |
| 7:21-10:1 | | | |
| 10:5-11:14 | | | |
| 11:15-13:4 | | | |
| 13:14-15:11 | | | |
| 15:15-16:4 | | | |
| 16:5-17:1 | R, prejudice, economic status | | |
| 17:2-19 | | | |
| 18:10-19:16 | | | |
| 19:20-20:3 | | | |
| 20:4-21:18 | | | |
| 21:19-23:6 | | | |
| 23:15-25:9 | | | |
| 25:10-26:4 | | 26:5-8 | |
| 26:9-15 | | 26:16-23; 27:16-24 | |
| 28:7-30:10 | | 30:11-15 | |
| 30:16-31:15 | | | |
| 32:17-38:25 | Foundation | | |
| 40:9-41:13 | Foundation | | |

DSMR
MAR RFK

| 41:14-42:24 |  | 42:17-43:6 |  |
|---|---|---|---|
| 43:7-46:6 | Foundation |  |  |
| 46:7-47:22 | Foundation | 47:23-49:15 |  |
| 53:10-54:23 | Foundation | 49:19-50:1,51:12-53:22 |  |
| 56:10-17 |  | 55:8-56:9 |  |
| 57:20-60:25 | Foundation | 56:18-60:9 |  |
| 61:1-21 |  |  |  |
| 62:9-64:7 |  |  |  |
| 65:6-8 |  |  |  |
| 66:15-67:1 |  |  |  |
| 67:19-68:5 |  |  |  |
| 68:6-69:7 |  | 69:12-70:11 |  |
| 70:6-25 |  |  |  |
| 74:6-76:17 |  | 78:14-23 |  |
| 80:7-81:1 |  | 78:24-80:11 |  |
| 95:21-96:6 |  | 80:12-81:13 |  |
| 105:9-108:25 |  | 83:22-84:13 |  |
| 109:17-111:1 |  | 90:5-15 |  |
|  |  | 94:7-95:6 |  |
|  |  | 104:14-105:8 |  |
|  |  | 109:2-16 |  |
|  |  | 112:6-16 |  |
|  |  | 113:23-114:23; 116:6-14 |  |

JOHN C. BUEB, Plaintiff

By: _____ /s/ *David S. Houghton*
David S. Houghton, #15204
LIEBEN, WHITTED, HOUGHTON,
 SLOWIACZEK & CAVANAGH, P.C., L.L.O.
100 Scoular Building, 2027 Dodge Street
Omaha, NE 68102
(402) 344-4000/(402) 930-1099 – FAX
E-Mail dhoughton@liebenlaw.com

Dan Connell
*Admitted Pro Hac Vice*
DAN CONNELL, P.C.
205 East Sixth
P.O. Box 1336
Storm Lake, IA 50588
(712) 732-6371/(712) 732-4984 – FAX
E-Mail: dconnell@iw.net

*Defendants designations*
*J elij no 74.*
*J elij no 78.*

*mek DFV*

Experts to be called by defendant and their qualifications are: *George R. Wendling, P.E.,* and *Daniel R. Sincle, M.D. See #43*

See Designation of Expert Witnesses by Defendants C-H Enterprises Inc., and Korea Infra-Red Corp. as attached hereto.

**(F)  Voir Dire.** Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

Court to conduct Voir Dire with latitude for counsel to ask follow-on questions.

**(G)  Number of Jurors.** Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of 12 members.

**(H)  Verdict.** The parties will not stipulate to a less-than-unanimous verdict. (If applicable), the parties' stipulation is: after 6 hours less-than-unanimous verdict is acceptable.

**(I)  Briefs, Instructions, and Proposed Findings.** Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, *and* proposed jury instructions, ~~and proposed findings of fact~~, as applicable:

Trial briefs *and* proposed jury instructions, ~~and proposed findings of fact~~ be filed five (5) working days before the first day of trial. *Exhibit notebooks to trial judge at least five working days before trial.*

**(J)  Length of Trial.** Counsel estimate the length of trial will consume not less than 3 day(s), not more than 4 ½ day(s), and probably about 3 ½ day(s).

**(K)  Trial Date.** Trial is set for ~~May 1, 2009.~~ *June 15, 2009.*

7

_____
Mr. David Houghton, #15294
LIEBEN, WHITTED, HOUGHTON,
 SLOWIACZEK & CAVANAGH, P.C., L.L.O.
100 Scoular Building
2027 Dodge Street
Omaha, Nebraska 68102


_____
Mr. Dan Connell, *Admitted Pro Hac Vice*
DAN CONNELL, P.C.
205 East Sixth
P.O. Box 1336
Storm Lake, Iowa 50588


_____
Mr. Ron Krause, #15980
CASSEM, TIERNEY, ADAMS,
GOTCH & DOUGLAS
8805 Indian Hills Drive
Suite 300
Omaha, Nebraska 68114


_____
Milton A. Katskee, #12147
KATSKEE, HENATSCH & SUING
10404 Essex Court, Suite 100
Omaha, Nebraska  68114
(402) 391-1697

4/20/09

291117

BY THE COURT:



_____