IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN C. BUEB, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV462 |
| | ) | |
| v. | ) | |
| | ) | |
| C-H ENTERPRISES, Inc., a | ) | ORDER |
| Nebraska corporation, and | ) | |
| KOREA INFRA-RED, Corp., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's counsel informed the Court by letter that the parties have resolved this case and need thirty days to prepare the settlement paperwork and dismissal with prejudice. Accordingly,

IT IS ORDERED that the parties have thirty (30) days to prepare the settlement paperwork and dismissal with prejudice.

DATED this 9th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court