IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

JOHN C. BUEB,                       )
                                    )
            Plaintiff,              )           8:07CV462
                                    )
      v.                            )
                                    )
C-H ENTERPRISES, INC., a            )           ORDER
Nebraska corporation; KOREA         )
INFRA-RED CORP.,                    )
                                    )
            Defendants.             )
_____)


        This matter is before the Court on plaintiff's motion

to extend deadline for the filing of joint stipulation for

dismissal (Filing No. 88).  The Court finds the motion should be

granted.  Accordingly,

        IT IS ORDERED that plaintiff's motion is granted; the

parties shall have until July 16, 2009, to file a joint

stipulation for dismissal with prejudice.

        DATED this 9th day of July, 2009.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court