IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN C. BUEB,                      )
                                   )
          Plaintiff,               )          8:07CV462
                                   )
     v.                            )
                                   )
C-H ENTERPRISES, INC., a           )          ORDER
Nebraska corporation; KOREA        )
INFRA-RED CORP.,                   )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on joint stipulation of the parties for dismissal with prejudice (Filing No. 90). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 17th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court